UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

1) MEDICAL ARTS DEVELOPMENT, INC.,

    Plaintiff,

v.

1) THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

    Defendant.

Case No. 13-CV-00119-R

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties to the above-captioned action and, pursuant to Fed. R. Civ. P. 41(a)(1), stipulate to the dismissal of the action with prejudice, for the reason that the issues before the Court have been resolved by compromise settlement between the parties. The parties are to bear their own attorney fees and costs.

Respectfully submitted,

/s/ Scott D. Caldwell, OBA #18667
DOUGLAS J. SHELTON, OBA #8159
Email: dshelton@sheltonlawok.com
SCOTT D. CALDWELL, OBA #18667
Email: scaldwell@sheltonlawok.com
SHELTON VOORHEES LAW GROUP
7701 S. Western Ave., Suite 201
Oklahoma City, OK 73139
Telephone: 405/605-8800
Facsimile: 405/601-0677
*Attorneys for Plaintiff*

/s/ Darrell W. Downs, OBA #12272
R. STRATTON TAYLOR, OBA #10142
Email: staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
Email: ddowns@soonerlaw.com
C. ERIC PFANSTIEL, OBA #16712
Email: epfanstiel@soonerlaw.com
**TAYLOR, BURRAGE, FOSTER, MALLETT, DOWNS,
RAMSEY & RUSSELL**, A Professional Corporation
400 West Fourth Street
P.O. Box 309
Claremore, Oklahoma 74018
Telephone:   918/343-4100
Facsimile:   918/343-4900
**Attorneys for Defendant**

2